IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF WEST VIRGINIA

FILED
MAR 14 2018
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Corey Douglas Ogden
19417 Fort Hill Ridge Road
Rawlings, MD 21557
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

U.S. Office of Personnel Management
1900 E Street N.W.
Washington, D.C. 20415

*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: 3:18CV35
*(Leave blank. To be filled in by Court.)*

Groh/Trumble

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) OPM is discriminating against me and displaying gross negligence in regard to my FERS disability/retirement claim.

2. The facts of this case are:

The U.S. Office of Personnel Management has denied me the FERS disability/retirement benefits that I am legally entitled to. Also, see complaint form regarding Civil Case No. 2:17cv88. * Copy Attached.
* Also, see attached evidence.

3. The relief I want the court to order is:

☒ Damages in the amount of: $1,238,856.08 — Lump sum of lost wages at my current yearly salary when I stopped working from 2017 - 2039

☐ An injunction ordering: _____

↑ year of retirement age 22 years @ $56,311.52 Annualy Gross

☒ Other (explain) My FERS disability/retirement benefits through OPM. $800.00 Court Filing Fees. $545,096.67 (Lump sump of COLA adjustments for 22 years as of 2018 rates.)

03/13/2018
(Date)

(Signature)

Corey Douglas Ogden
19417 Fort Hill Ridge Road
Rawlings, MD 21557
(443)-838-0442
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.